IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MORRIS RUSSELL COE, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 3:23-cv-01627-E-BT |
| UNITED STATES OF AMERICA, et § | |
| al, § | |
| § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 21, 2023. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**SO ORDERED.**

SIGNED this 12th day of January, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE